# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-0020-CV

**Clifford Fairfax, Appellant**

**v.**

**Texas Board of Pardons and Paroles, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
## NO. D-1-GN-07-000390, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On September 25, 2008, Clifford Fairfax, acting pro se, filed a notice of appeal from a district court order dismissing as frivolous his claims against the Texas Board of Pardons and Paroles. The district court order was entered on October 16, 2007. Fairfax's notice of appeal was therefore untimely. *See* Tex. R. App. P. 26.1(a) (requiring notice of appeal to be filed within ninety days after judgment is signed); Tex. R. App. P. 26.1(c) (requiring notice of restricted appeal to be filed within six months after judgment is signed). Accordingly, we must dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a); *see Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   February 5, 2009